UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NICHOLAS JOHN ROSS,

        Petitioner,

v.                                         **ORDER**
                                            **CIVIL FILE NO. 08-1325 (MJD/AJB)**

DWIGHT L. FONDREN,

        Defendant.

---

Nicholas John Ross, pro se, Counsel for Petitioner.

Nancy E. Brasel, Office of the United States Attorney, Counsel for Defendant.

---

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated July 31, 2008. [Docket No. 15]. Petitioner Nicholas John Ross filed an objection to the Report and Recommendation. [Docket No. 16]. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation, with the exception that, on the second line of the third paragraph of page six, "U.S.S.G. § 5G1.3(c)" is changed to read "U.S.S.G. § 5G1.3(b)."

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated July 31, 2008 [Docket No. 15], with the exception that, on the second line of the third paragraph of page six, "U.S.S.G. § 5G1.3(c)" is changed to read "U.S.S.G. § 5G1.3(b)."

2. Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date  October 28, 2008                    s/ Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge
                                          United States District Court